IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Screen Media Ventures, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:13-cv-845 |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| John Does 1-48, | | Magistrate Judge Kemp |
| | : | |
| Defendants. | | |
| Vision Films, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:13-cv-857 |
| | : | JUDGE ALGENON L. MARBLEY |
| John Does 1-16, | | Magistrate Judge Kemp |
| Defendants. | : | |
| Vision Films, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:13-cv-858 |
| | : | JUDGE JAMES L. GRAHAM |
| John Does 1-11, | | Magistrate Judge Kemp |
| Defendants. | : | |

## ORDER

The plaintiffs in each of the above case have moved for an extension of time to file a response to the Court's show cause orders directing them to demonstrate standing.  The motions set forth good cause for the extensions and the motions (#5 in all cases) are therefore granted.  The new date to file is October

17, 2013.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge