# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Vision Films, Inc.
400 Capitol Mall, 11th Floor
Sacramento, CA  95814

      Plaintiff,

      v.

DOES 1 - 11

      Defendants.

Case No.: 2:13-CV-858

Judge:  James L. Graham

Magistrate Judge:  Terence P. Kemp

## NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff hereby dismisses the above-referenced action without prejudice.

Respectfully submitted,

/s/ Leon D. Bass
Leon D. Bass (0069901) (Trial Attorney)
Lbass@taftlaw.com
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone:   614-431-2277
Facsimile:    614-221-2007
Attorneys for Plaintiff Vision Films, Inc.